Center for Disability Access
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Jay Price, II, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191
Email: Amandas@potterhandy.com

Attorneys for Plaintiff OZIEL SAWYER III

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZIEL SAWYER III,<br><br>    Plaintiff,<br><br>  v.<br><br>920 HEINZ LP, a California Limited Partnership;<br>KUMA LLC, a California Limited Liability Company;<br>BERKELEY BOWL PRODUCE, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 4:19-CV-05915-PJH<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: April 17, 2020         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
     Amanda Lockhart Seabock
     Attorneys for Plaintiff

Notice of Settlement         -1-         4:19-CV-05915-PJH