Center for Disability Access
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Jay Price, II, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191
Email: Amandas@potterhandy.com
Attorneys for Plaintiff OZIEL SAWYER III

DAVID GOLDMAN (SBN: 76551)
dgoldman@wendel.com
WENDEL ROSEN LLP
1111 Broadway, 24th Floor,
Oakland, CA 94607-4036
Telephone: (510)-834-6600
Facsimile: (510)-834-1928
Attorney for Defendants
920 Heinz LP, Kuma LLC and Berkeley Bowl Produce, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZIEL SAWYER III,<br><br>         Plaintiff,<br><br>    v.<br><br>920 HEINZ LP, a California Limited Partnership;<br>KUMA LLC, a California Limited Liability Company;<br>BERKELEY BOWL PRODUCE, INC., a California Corporation; and Does 1-10,<br><br>         Defendants. | Case: 4:19-CV-05915-PJH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 27, 2020    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorney for Plaintiff

Dated: May 27, 2020    WENDEL ROSEN LLP

By: /s/ David Goldman
    David Goldman
    Attorney for Defendants
    920 Heinz LP, Kuma LLC and Berkeley Bowl Produce, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David Goldman, counsel for 920 Heinz LP, Kuma LLC and Berkeley Bowl Produce, Inc., and that I have obtained Mr. Goldman's authorization to affix his electronic signature to this document.

Dated: May 27, 2020         CENTER FOR DISABILITY ACCESS

                            By: /s/ Amanda Lockhart Seabock
                                Amanda Lockhart Seabock
                                Attorneys for Plaintiff